# MEMORANDUM DECISIONS.

ALBERT et al., Respondents, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. February 10, 1899.) Action by Margaretha Albert and others against the Manhattan Railway Company and others. J. O. Nichols, for appellants. E. M. Felt, for respondents. No opinion. Judgment modified by reducing the amount allowed for fee damage to $1,500, by reducing the amount allowed for rental damage to $1,774.80, and by reducing the extra allowance to $162. As so modified, judgment affirmed, without costs to either party.

ALKER et al., Appellants, v. RHOADS, Respondent. (Supreme Court, Appellate Division, First Department. January 20, 1899.) Action by Alphonso H. Alker and others against Benjamin T. Rhoads, Jr. W. B. Ellison, for appellants. J. A. Canter, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ALT v. GRAY. (Supreme Court, Appellate Term. March 20, 1899.) Action by William Alt against Patrick K. Gray. From a judgment for plaintiff, defendant appeals. Reversed. T. E. McKnight, for plaintiff. Hawke & Flannery, for defendant.
PER CURIAM. For the reason assigned in the memorandum handed down in action No. 1 (56 N. Y. Supp. 657), between these parties, the judgment should be reversed, and a new trial ordered, with costs to the appellant to abide the event.

ALTWORTH, Respondent, v. FLYNN, Appellant. (City Court of New York, General Term. January 3, 1899.) Action by William F. Altworth against Thomas Flynn. No opinion. Reargument ordered for the January general term.

ANDERSON v. NIAGARA FALLS & L. R. CO. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by Anna Anderson against the Niagara Falls & Lewiston Railroad Company. No opinion. Appeal dismissed, with costs.

ASLEN, Respondent, v. VILLAGE OF CHARLOTTE, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by Augustine Aslen against the village of Charlotte. No opinion. Motion denied, with $10 costs. See 54 N. Y. Supp. 754.

BABCOCK PRINTING–PRESS CO. v. RANOUS. (Supreme Court, Appellate Division, First Department. October 21, 1898.) Action by the Babcock Printing-Press Company against George E. Ranous. No opinion. Motion for reargument denied, with $10 costs, and motion for leave to go to court of appeals dismissed. See 54 N. Y. Supp. 1048.

BARKLEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by Orville M. Barkley against the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument, or for leave to appeal to the court of appeals, denied, with $10 costs. See 54 N. Y. Supp. 766, 970.

In re BARNETT et al. (Supreme Court, Appellate Division, First Department. February 10, 1899.) In the matter of George C. Barnett and William Blaikie. No opinion. Application denied.

BARRETT, Respondent, v. GUNDRY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 18, 1899.) Action by John A. Barrett against Robert Gundry and others. No opinion. Judgment affirmed, with costs.

BARTNIK, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 7, 1899.) Action by John Bartnik, an infant, by Francis Gottsberger, his guardian ad litem, against the Erie Railroad Company. No opinion. Motion for leave to appeal to the court of appeals denied. Proceedings on the part of the respondent stayed 20 days from the date of this decision. See 55 N. Y. Supp. 266.

BASLER, Appellant, v. HADSELL, Respondent. (Supreme Court, Appellate Division, Third Department. January 11, 1899.) Action by Delos L. Basler against Harrison Hadsell. No opinion. Judgment affirmed, with costs.

BEMENT et al., Respondents, v. SNOW et al., Appellants. (Supreme Court, Appellate Term. March 24, 1899.) Action by E. Bement's Sons against Snow, Church & Co. Campbell & Hance, for appellants. Baggott & Ryall, for respondents. No opinion. Judgment affirmed, with costs to respondents.

BERRY, Respondent, v. RIDDLE, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by Edwin C. Berry against George B. Riddle. No opinion. Judgment and order affirmed, with costs.

BISHOP, Appellant, v. CITY OF GLOVERSVILLE, Respondent. (Supreme Court, Appellate Division, Third Department. January 17, 1899.) Action by Francis Bishop